**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 19-6469**

_____

ANTHONY WADE NELLIGAR,

       Plaintiff - Appellant,

    v.

CORPORAL EATON, Sheriffs Deputy; CLERK OF UNITED STATES DISTRICT COURT; UNITED STATES DISTRICT COURT; AMERICAN CIVIL LIBERTIES UNION; ATTORNEY GENERAL; GERALD WILSON NELLIGAR, Attorney at Law (Father); BOBBY SCOTT, Senator; CORPORAL CROSBY, Corporal/Deputy Actiong under Color of State Law; DOCTOR JAMALUDEEN, Medical Doctor acting under Color of State Law; MR. FLOYD, RN, HSA Naphcare - Acting under the Color of the Law; CORPORAL WYNNE, Corporal Deputy acting under Color of State Law; DEPUTY BRANNON, Sheriffs Deputy acting under Color of State Law; LIEUTENANT NORRIS, Sheriff, Acting under the Color of the Law; M. FORAN, RN, Acting under Color of State Law; CORPORAL B. SPEARS, Sheriffs Deputy; DEPUTY BROWN, Sheriffs Deputy,

       Defendants - Appellees,

    and

DEPUTY BELER, Grievance Coordinator, Deputy acting under the Color of State Law; DEPUTY GARCIA, Grievance Coordinator, Deputy acting under the Color of State Law,

       Defendants.

_____

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. Liam O'Grady, District Judge. (1:18-cv-00508-LO-TCB)

_____

Submitted: August 20, 2019                    Decided: August 23, 2019

_____

Before FLOYD and RUSHING, Circuit Judges, and SHEDD, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Anthony Wade Nelligar, Appellant Pro Se. Grace Morse-McNelis, SANDS ANDERSON, PC, Richmond, Virginia, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

2

PER CURIAM:

Anthony Wade Nelligar appeals the district court's order dismissing his 42 U.S.C. § 1983 (2012) complaint without prejudice under Fed. R. Civ. P. 41(b) for failure to comply with a court order and failure to provide the court with an updated mailing address. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Nelligar v. Eaton*, No. 1:18-cv-00508-LO-TCB (E.D. Va. Nov. 5, 2018). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*